```
1  Jack Silver, Esq. SBN  160575
   Jerry Bernhaut, Esq. SBN 206264
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.   (707) 528-8175
4  Fax.   (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>            Plaintiff,<br>     v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; UPWAY PROPERTIES LLC; THE 137 SANTA ROSA GROUP PARTNERSHIP; DOES 1-10 INCLUSIVE,<br><br>            Defendants._____/ | **CASE NO.  C08-00779 EMC**<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PARTY DEFENDANT<br>[FRCP § 41] |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1)(A)(I), Plaintiff NORTHERN CALIFORNIA RIVER voluntarily dismisses THE 137 SANTA ROSA GROUP PARTNERSHIP as a party defendant without prejudice.

Dated: March 20, 2008

/s/ Jerry Bernhaut
_____
JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH