PACIFIC GAS AND ELECTRIC COMPANY
MARGARET A. PIETRASZ  Bar No. 124598
P.O. Box 7442
San Francisco, California 94120-7442
Telephone: (415) 973-1580
Facsimile: (415) 973-0516
E-mail: MAP@pge.com

**DIRECT CORRESPONDENCE TO:**
SEDGWICK, DETERT, MORAN & ARNOLD LLP
SCOTT D. MROZ  Bar No. 111848
MATTHEW G. DUDLEY  Bar No. 179022
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
E-mail: scott.mroz@sdma.com
E-mail: matthew.dudley@sdma.com

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVERWATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; UPWAY PROPERTIES, LLC; THE 137 SANTA ROSA GROUP PARTNERSHIP; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. 08-CV-0779-EMC<br><br>**CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Pacific Gas and Electric Company, certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Pacific Gas and Electric Company, served defendant herein.

    2.    PG&E Corporation, parent of Pacific Gas and Electric Company.

DATED: April 7, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Scott D. Mroz
Matthew G. Dudley
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY