**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br>　　　　　Plaintiff(s),<br><br>　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br>　　　　　Defendant(s).<br>_____/ | Case No. C08-0779 EMC |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 14, 2008　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature Scott D. Mroz
　　　　　　　　　　　　　　　　　　　　　　　Counsel for: PACIFIC GAS & ELECTRIC CO.
　　　　　　　　　　　　　　　　　　　　　　　(Name of party or indicate "pro se")