UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
        Plaintiff(s),

v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,
        Defendant(s).

Case No. C08-0779 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 14, 2008

Signature Scott D. Mroz

Counsel for: PACIFIC GAS & ELECTRIC CO.
(Name of party or indicate "pro se")