### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Northern California River Watch,

              Plaintiff(s),

        v.

Pacific Gas and Electric Company, et al.

              Defendant(s).

_____/

Case No. C08-0779 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/15/2008

                              [Party] Margaret A. Pietrasz
                              Pacific Gas & Electric Co.

Dated: 4/15/2008

                              [Counsel] Scott D. Mroz
                              Sedgwick, Detert, Moran & Arnold LLP