1  Jack Silver, Esq. SBN 160575
   Jerry Bernhaut, Esq. SBN 206264
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.   (707) 528-8175
4  Fax.   (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHERN CALIFORNIA RIVER            **CASE NO. C08-00779 EMC**
    WATCH, a non-profit corporation,
12                                        NOTICE OF VOLUNTARY DISMISSAL
                  Plaintiff,              OF PARTY DEFENDANT
13         v.                             [FRCP § 41]

14  PACIFIC GAS & ELECTRIC COMPANY;
    UPWAY PROPERTIES LLC; and
15  DOES 1-10 INCLUSIVE,

16                Defendants.
                                      /
17

18       NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1)(A)(I), Plaintiff NORTHERN

19  CALIFORNIA RIVER voluntarily dismisses UPWAY PROPERTIES LLC as a party defendant without

    prejudice.
20

21
                                         /s/ Jerry Bernhaut
22
    Dated: May 6, 2008
23                                       JERRY BERNHAUT
                                         Attorney for Plaintiff
24                                       NORTHERN CALIFORNIA RIVER WATCH

25

26

27

28

C08-00779 EMC
NOTICE OF VOLUNTARY DISMISSAL OF PARTY DEFENDANT