**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 7, 2008

**Case No:** C08-0779 EMC                                        **Time:** 1:42-1:57 p.m.

**Case Name:** Northern CA River Watch v. PG&E, et al.

    **Attorneys:**   Jerry Bernhaut and Claire Moral-Seytoux for Plaintiff
                          Scott Mroz and Margaret Pietrasz for Defendant PG & E

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**  8-Day jury trial set for 9/2/09 at 8:30 a.m. in Courtroom D.  This case is referred to the Alternative Dispute Resolution Program for ENE to be completed within 90 to 120 days.   Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 9/24/08 at 2:30 p.m. for Status Conference

**cc: EMC/ADR**