**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-08-0779 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference set for September 24, 2008, at 2:30 p.m. has been changed to **October 1, 2008, at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. A Joint Status Conference statement shall be filed by September 24, 2008.

Dated: August 28, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, CLERK


　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Leni Doyle
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk