ONE MARKET PLAZA    STEUART TOWER, 8TH FLOOR    SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com    415.781.7900 *phone*    415.781.2635 *fax*



*Matthew G. Dudley*
*matthew.dudley@sdma.com*

December 15, 2008

*Via Courier*
Betty P. Lee, Calendar Clerk for
Magistrate Judge Edward M. Chen
450 Golden Gate, Courtroom C, 15th Fl.
San Francisco, CA 94102

Re: *Northern California River Watch v. Pacific Gas and Electric Company, et al.*
    USDC ND Cal Case No. C08-00779 EMC
    File No.: 0438-011658

Dear Ms. Lee:

This is to advise that the parties to the above referenced action reached a settlement in principle at the Early Neutral Evaluation session on Thursday, December 11, 2008.

There is a Status Conference set for Wednesday, December 17, 2008 at 2:30 p.m. By this letter, the parties hereby jointly request that the Status Conference be continued approximately forty-five (45) days, to a date convenient to the Court.

The requested continuance is to permit the parties to prepare appropriate documents to implement the settlement.

Regards,

Matthew G. Dudley
Sedgwick, Detert, Moran & Arnold LLP

MGD/mgd

cc: Jack Silver, Esq.
    Law Office of Jack Silver
    Counsel for Plaintiff

IT IS SO ORDERED that the status conference is reset from 12/17/08 at 2:30p.m. to 2/4/09 at 2:30 p.m. An updated joint status conference statement shall be filed by 1/28/09.

_____
Edward M. Chen
U.S. Magistrate Judge

SF/1555050v1

*Celebrating 75 Years of Service 1933-2008*