1  Jack Silver, Esq. SBN 160575
   LAW OFFICE OF JACK SILVER
2  Jerry Bernhaut, Esq. SBN 206264
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.    (707) 528-8175
4  Fax.   (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7  PACIFIC GAS AND ELECTRIC COMPANY
   MARGARET A. PIETRASZ Bar No. 124698
8  P.O. Box 7442
   San Francisco, California 94120-7442
9  Telephone: (415) 973-1580
   Facsimile: (415) 973-0516
10 E-mail: MAP@pge.com

11 **DIRECT CORRESPONDENCE TO:**
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
12 SCOTT D. MROZ Bar No. 111848
   MATTHEW G. DUDLEY Bar No. 179022
13 One Market Plaza
   Steuart Tower, 8th Floor
14 San Francisco, California 94105
   Telephone: (415) 781-7900
15 Facsimile: (415) 781-2635
   E-mail: scott.mroz@sdma.com
16 E:mail: mathew.dudley@sdma.com

17 Attorneys for Defendant
   PACIFIC GAS AND ELECTRIC COMPANY

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21 | NORTHERN CALIFORNIA RIVER | CASE NO. C08-00779 EMC
   | WATCH, a non-profit corporation, |
22 |                                   | **UPDATED JOINT CASE MANAGEMENT**
   |                  Plaintiff,       | **STATEMENT**  ; ORDER
23 |        v.                         |
   |                                   | Date:   March 4, 2009 (telephonic)
24 | PACIFIC GAS & ELECTRIC            | Time:   2:30 p.m.
   | COMPANY, ET AL                    | Judge:  Magistrate Judge Edward M. Chen
   |                                   | Crtrm:  C, 15th Floor
25 |                  Defendants.      |
   |                                  /|
26

27

28
   C08-00779 EMC
   Updated Joint Case Management Statement

1   Defendant PACIFIC GAS AND ELECTRIC COMPANY ("PG&E") and Plaintiff NORTHERN
2   CALIFORNIA RIVER WATCH ("RIVER WATCH"), in accordance with Civil Local Rule 16-9, and the
3   Case Management and Pretrial Order for Jury Trial submit this Updated Joint Case Management Statement.
4   As noted at the time of the telephonic Case Management Conference which took place on February
5   18, 2009, the parties have reached a final, mutually acceptable settlement agreement. As of February 17,
6   2009, RIVER WATCH had executed the agreement, and execution by PG&E was pending. PG&E executed
7   the agreement on February 20, 2009, so that the agreement is now fully executed and complete.
8   Under the terms of the agreement, the parties will stipulate to and file a dismissal with prejudice of
9   all claims within 40 days of the effective date of the agreement which is February 20, 2009. Therefore, at
10  this time the parties are unable to file a Stipulation of Dismissal with this Court. However, in light of the
11  existence of a fully executed settlement agreement, the parties respectfully request that the Court remove
12  from calendar the Further Case Management Conference (telephonic) presently scheduled for March 4, 2009.

14  Dated: February 25, 2009        /s/ Matthew G. Dudley
                                    SCOTT D. MROZ
15                                  MATTHEW G. DUDLEY
                                    Attorney for Defendant
16                                  PACIFIC GAS AND ELECTRIC COMPANY

18  Dated: February 25, 2009        /s/ Jerry Bernhaut
                                    JERRY BERNHAUT
19                                  Attorney for Plaintiff
                                    NORTHERN CALIFORNIA RIVER WATCH

22  IT IS SO ORDERED that the telephonic status conference is reset from 3/4/09 at 2:30 p.m. to 4/22/09
23  at 2:30 p.m. A joint status conference statement shall be filed by 4/15/09.

25  _____
26  Edward M. Chen
    U.S. Magistrate Judge



28  C08-00779 EMC
    Updated Joint Case Management Statement