1  Jack Silver, Esq. SBN 160575
   LAW OFFICE OF JACK SILVER
2  Jerry Bernhaut, Esq. SBN 206264
3  Post Office Box 5469
   Santa Rosa, CA 95402-5469
4  Tel.  (707) 528-8175
   Fax.  (707) 528-8675
5  lhm28843@sbcglobal.net

6  Attorneys for Plaintiff
7  NORTHERN CALIFORNIA RIVER WATCH

8  PACIFIC GAS AND ELECTRIC COMPANY
   MARGARET A. PIETRASZ Bar No. 124698
9  P.O. Box 7442
   San Francisco, California 94120-7442
10 Telephone: (415) 973-1580
   Facsimile: (415) 973-0516
11 E-mail: MAP@pgc.com

12 **DIRECT CORRESPONDENCE TO:**
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
13 SCOTT D. MROZ Bar No. 111848
14 MATTHEW G. DUDLEY Bar No. 179022
   One Market Plaza
15 Steuart Tower, 8th Floor
   San Francisco, California 94105
16 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
17 E-mail: scott.mroz@sdma.com
   E:mail: mathew.dudley@sdma.com
18

19 Attorneys for Defendant
   PACIFIC GAS AND ELECTRIC COMPANY
20

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23 NORTHERN CALIFORNIA RIVER          CASE NO.: C08-00779 EMC
   WATCH, a non-profit Corporation,
24                                    **STIPULATION OF DISMISSAL WITH**
25         Plaintiff,                 **PREJUDICE; [PROPOSED] ORDER**
   v.                                 **[FRCP § 41(a)(1)]**
26
   PACIFIC GAS AND ELECTRIC
27 COMPANY, ET AL

28         Defendants.
   _____/

C08-00779 EMC- Stipulation of Dismissal With Prejudice [Proposed] Order          1

WHEREAS the parties reached an agreement at an Early Neutral Evaluation and Mediation on December 11, 2008 to settle all of their disputes with respect to this action, the terms of settlement being incorporated into a Confidential Settlement Agreement executed by the parties on February 20, 2009,

THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendant PACIFIC GAS AND ELECTRIC COMPANY, pursuant to FRCP § 41(a)(1), by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

IT IS HEREBY FURTHER STIPULATED between the parties that this Court shall retain jurisdiction to hear any disputes reviewable in federal court arising from their settlement, in accordance with the dispute resolutions set forth in the Confidential Settlement Agreement.

Dated: March 18, 2009

JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: March 18, 2009

MATTHEW G. DUDLEY
Attorney for Defendant
PACIFIC GAS & ELECTRIC COMPANY

**ORDER**

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: 3/20/09

EDWARD M. CHEN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

C08-00779 EMC- Stipulation of Dismissal With Prejudice [Proposed] Order    2